# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## CIVIL APPEAL TRANSCRIPT INFORMATION (FORM D)

**NOTICE TO COUNSEL:** COUNSEL FOR THE APPELLANT MUST FILE THIS FORM WITH THE CLERK OF THE SECOND CIRCUIT IN ALL CIVIL APPEALS WITHIN 14 CALENDAR DAYS AFTER FILING A NOTICE OF APPEAL.

| THIS SECTION MUST BE COMPLETED BY COUNSEL FOR APPELLANT | | |
|---|---|---|
| **CASE TITLE** <br> Mackin, <br>     Plaintiff-Appellant, <br> Auberger, <br><br> Defendants-Respondents. | **DISTRICT** <br> WDNY | **DOCKET NUMBER** <br> 13-cv-6216W |
| | **JUDGE** <br> Elizabeth A. Wolford | **APPELLANT** <br> William J. Mackin |
| | **COURT REPORTER** <br> Karen J. Bush | **COUNSEL FOR APPELLANT** <br> Jeffrey Wicks, PLLC |

Check the applicable provision:

[✓] I am ordering a transcript.

[ ] I am not ordering a transcript

Reason for not ordering a transcript:

[ ] Copy is already available

[ ] No transcribed proceedings

[ ] Other (Specify in the space below):

PROVIDE A DESCRIPTION, INCLUDING DATES, OF THE PROCEEDINGS FOR WHICH A TRANSCRIPT IS REQUIRED (*i.e.*, oral argument, order from the bench, etc.)

Motion held on 5/29/2014

METHOD OF PAYMENT    [✓] Funds    [ ] CJA Voucher (CJA 21)

**INSTRUCTIONS TO COURT REPORTER:**

[ ] PREPARE TRANSCRIPT OF PRE-TRIAL PROCEEDINGS

[ ] PREPARE TRANSCRIPT OF TRIAL

[ ] PREPARE TRANSCRIPT OF OTHER POST-TRIAL PROCEEDINGS

[✓] OTHER (Specify in the space below):

DELIVER TRANSCRIPT TO: (COUNSEL'S NAME, ADDRESS, TELEPHONE)

Jeffrey Wicks
36 W. Main Street
Rochester, NY 14614
585-325-6070

I certify that I have made satisfactory arrangements with the court reporter for payment of the cost of the transcript. See FRAP 10(b). I understand that unless I have already ordered the transcript, I shall order its preparation at the time required by FRAP and the Local Rules.

| COUNSEL'S SIGNATURE <br> *[signature]* | DATE <br> December 22, 2014 |
|---|---|

**COURT REPORTER ACKNOWLEDGMENT:** This section is to be completed by the court reporter. Return one copy to the Clerk of the Second Circuit.

| DATE ORDER RECEIVED | ESTIMATED COMPLETION DATE | ESTIMATED NUMBER OF PAGES |
|---|---|---|
| SIGNATURE OF COURT REPORTED | | DATE |